| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michael A. Holliday** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0705** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tracie R. Holliday** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2410** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **7**   **6/14/19** |
| Case number:   **19–33181–KLP** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael A. Holliday | Tracie R. Holliday |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1409 Chickview Court <br> Richmond, VA 23223 | 1409 Chickview Court <br> Richmond, VA 23223 |
| 4. | **Debtor's attorney** <br> Name and address | Keith A. Pagano <br> Pagano & Marks, P.C. <br> 4510 S. Laburnum Ave <br> Richmond, VA 23231 | Contact phone 804–447–1002 <br> Email: kpagano@paganomarks.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Bruce H. Matson <br> LeClair Ryan, A Professional Corporation <br> 919 East Main Street <br> 24th Floor <br> Richmond, VA 23219 | Contact phone (804) 783–2003 <br> Email: bhmtrustee@leclairryan.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: June 17, 2019 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 23, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: September 23, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
                           United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                              Case No. 19-33181-KLP
Michael A. Holliday                                                 Chapter 7
Tracie R. Holliday
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0422-7          User: bullockn             Page 1 of 2             Date Rcvd: Jun 17, 2019
                              Form ID: 309A              Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db/jdb         +Michael A. Holliday,    Tracie R. Holliday,    1409 Chickview Court,    Richmond, VA 23223-1290
14901002       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14901004       +Bon Secours/Richmond Health Sy,    Po Box 11302,    Richmond, VA 23230-1302
14901013        Chase Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
14901014        Colon and Rectal Specialists,    PO Box 70897,    Henrico, VA 23255-0897
14901017       +Commonwealth Hospitalists Serv,    4050 Innslake Dr,    #308,    Glen Allen, VA 23060-3327
14901019       +Credit One Bank N.A.,    335 Madison Ave,    New York, NY 10017-4611
14901022      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focused Recovery Solutions,    Attn: Bankruptcy,
                9701-Metropolitan Ct,    North Chesterfield, VA 23236-0000)
14901024       +Henrico Doctor's Hospital,    9701 Metropolitan Court,    Suite B,    Richmond, VA 23236-3690
14901026       +Henrico Fcu,    9401 W Broad St,    Henrico, VA 23294-5331
14901028        JC Penney,    POBox 628046,    Orlando, FL 32862-8046
14901029       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14901038       +MRMC Inpatient Surgical Specia,    7229 Forest Ave, Suite 110,    Richmond, VA 23226-3765
14901032       +Memorial Regional Center,    PO Box 409438,    Atlanta, GA 30384-9438
14901037       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14901041       +NPAS, Inc.,    P.O. Box 99400,    Louisville, KY 40269-0400
14901042       +Old Dominion Pathology Assoc.,    PO Box 223371,    Chantilly, VA 20153-3371
14901046       +Retreat Hospital,    PO 5306,    Richmond, VA 23220-0306
14901047       +Richmond Gastroenterology Asso,    107 Wadsworth Drive,    Richmond, VA 23236-4521
14901048       +South River Dentistry,    2301 Robious Station Circle,    Midlothian, VA 23113-2124
14901050        Synchrony Bank,    c/o Zwicker & Associates,    948 Cophher Road 2nd Floor,
                Gaithersburg, MD 20878-0000
14901055       +United Collection Bureau Inc,    5620 Southwyck Boulevard,    Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kpagano@paganomarks.com Jun 18 2019 03:59:25      Keith A. Pagano,
                Pagano & Marks, P.C.,    4510 S. Laburnum Ave,    Richmond, VA   23231
tr             +EDI: QBHMATSON.COM Jun 18 2019 07:23:00      Bruce H. Matson,
                LeClair Ryan, A Professional Corporation,    919 East Main Street,    24th Floor,
                Richmond, VA 23219-4622
14901001       +EDI: AMSHER.COM Jun 18 2019 07:23:00      AmSher Collection Srv,    4524 Southlake Parkway,
                Ste 15,    Hoover, AL 35244-3271
14901000        E-mail/Text: CollectionsCompliance@firstdata.com Jun 18 2019 04:04:17      Amazon Marketplace,
                c/o TRS Recovery Services,    PO Box 60022,    City of Industry, CA 91716-0022
14901003        EDI: BMW.COM Jun 18 2019 07:23:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                Po Box 3608,    Dublin, OH 43016-0000
14901006        EDI: CAPITALONE.COM Jun 18 2019 07:23:00      Capital One,    P.O. Box 85015,
                Richmond, VA 23285-5015
14901011       +EDI: CCS.COM Jun 18 2019 07:23:00      CCS,    2 Wells Ave,    Newton, MA 02459-3246
14901015        EDI: COMCASTCBLCENT Jun 18 2019 07:23:00      Comcast,    P.O. Box 3012,
                Southeastern, PA 19398-3012
14901005       +EDI: CAPITALONE.COM Jun 18 2019 07:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14901007       +EDI: CAPONEAUTO.COM Jun 18 2019 07:23:00      Capital One Auto Finance,    Attn: Bankruptcy,
                Po Box 30285,    Salt Lake City, UT 84130-0285
14901008       +EDI: CAPITALONE.COM Jun 18 2019 07:23:00      Capital One Services,    Payment Remittance,
                11013 West Broad St. Rd.,    Glen Allen, VA 23060-6017
14901009        EDI: CAPITALONE.COM Jun 18 2019 07:23:00      Capitol One,    P.O. Box 71083,
                Charlotte, NC 28272-1083
14901012       +EDI: CHASE.COM Jun 18 2019 07:23:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
14901016       +EDI: WFNNB.COM Jun 18 2019 07:23:00      Comenity Bank,    P.O. Box 182273,
                Columbus, OH 43218-2273
14901018        EDI: RCSFNBMARIN.COM Jun 18 2019 07:23:00      Credit One Bank,    P.O. Box 60500,
                City of Industry, CA 91716-0500
14901020        EDI: DISCOVER.COM Jun 18 2019 07:23:00      Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850-0000
14901021       +E-mail/Text: bknotice@ercbpo.com Jun 18 2019 04:03:08      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14901023       +EDI: HCA2.COM Jun 18 2019 07:23:00      HCA Health Services of Virgini,    1602 Skipwith Road,
                Richmond, VA 23229-5205
14901025        EDI: HCA2.COM Jun 18 2019 07:23:00      Henrico Doctors' Hosp. Forest,    PO Box 740760,
                Cincinnati, OH 45274-0760
14901027       +EDI: IIC9.COM Jun 18 2019 07:23:00      I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,
                St. Paul, MN 55164-0378
14901030       +EDI: RESURGENT.COM Jun 18 2019 07:23:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                Po Box 10497,    Greenville, SC 29603-0497
14901031       +E-mail/Text: bknotices@mbandw.com Jun 18 2019 04:03:19      McCarthy, Burgess & Wolff,
                26000 Cannon Road,    Bedford, OH 44146-1807
14901033        EDI: MERRICKBANK.COM Jun 18 2019 07:23:00      Merrick Bank,    P.O. Box 660702,
                Dallas, TX 75266-0702
```

```
District/off: 0422-7           User: bullockn              Page 2 of 2                  Date Rcvd: Jun 17, 2019
                               Form ID: 309A               Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14901034       +EDI: MERRICKBANK.COM Jun 18 2019 07:23:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14901035       +EDI: MID8.COM Jun 18 2019 07:23:00      Midland Credit Management,    Attn Bankruptcy Dept,
                 5775 Roscoe Court,    San Diego, CA 92123-1356
14901036       +E-mail/Text: mmrgbk@miramedrg.com Jun 18 2019 04:03:03       Miramed Revenue Group,
                 Attn: Bankruptcy,    360 East 22nd Street,    Lombard, IL 60148-4924
14901039       +EDI: NFCU.COM Jun 18 2019 07:23:00      Navy FCU,    Attn: Bankruptcy,    Po Box 3000,
                 Merrifield, VA 22119-3000
14901040       +EDI: NFCU.COM Jun 18 2019 07:23:00      Navy Federal Credit Union,    Attn: Bankruptcy Dept,
                 Po Box 3000,    Merrifield, VA 22119-3000
14901043        EDI: PRA.COM Jun 18 2019 07:23:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502-0000
14901044        E-mail/Text: EMAIL@RCSRECOVERY.NET Jun 18 2019 03:59:38       RCS Recovery Services,
                 600 Fairway Dr #108,    Deerfield Beach, FL 33441-0000
14901045       +EDI: RESURGENT.COM Jun 18 2019 07:23:00      Resurgent Capital Funding,    POB 10587,
                 Greenville, SC 29603-0587
14901049       +EDI: RMSC.COM Jun 18 2019 07:23:00      Synchrony Bank,    Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14901051       +EDI: RMSC.COM Jun 18 2019 07:23:00      Synchrony Bank/Amazon,    Attn:  Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14901052       +EDI: RMSC.COM Jun 18 2019 07:23:00      Synchrony Bank/Walmart,    Attn:  Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14901053        EDI: AISTMBL.COM Jun 18 2019 07:23:00      T-Mobile,    P.O. BOx 790047,
                 Saint Louis, MO 63179-0000
14901054        EDI: AISTMBL.COM Jun 18 2019 07:23:00      TMobile,    PO Box 53410,    Bellevue, WA 98015-0000
14901056       +EDI: VERIZONCOMB.COM Jun 18 2019 07:23:00      Verizon Wireless,    Attn: Bankruptcy Admini,
                 500 Technology Dr, Ste 550,    Weldon Spring, MO 63304-2225
14901057       +EDI: RMSC.COM Jun 18 2019 07:23:00      Walmart,    702 S.W 8th St,    Bentonville, AR 72716-6299
14901058       +EDI: WFFC.COM Jun 18 2019 07:23:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14901010*      +Capitol One,    P.O. Box 71083,    Charlotte, NC 28272-1083
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2019 at the address(es) listed below:
```
              Bruce H. Matson    bhmtrustee@leclairryan.com, bmatson@ecf.axosfs.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Keith A. Pagano    on behalf of Debtor Michael A.  Holliday kpagano@paganomarks.com,
               kdodson@paganomarks.com;pballard@paganomarks.com;mfoley@paganomarks.com;btate@paganomarks.com
              Keith A. Pagano    on behalf of Joint Debtor Tracie R.  Holliday kpagano@paganomarks.com,
               kdodson@paganomarks.com;pballard@paganomarks.com;mfoley@paganomarks.com;btate@paganomarks.com
                                                                                             TOTAL: 4
```